

```
 1  KEVIN V. RYAN (CSBN 118321)
    United States Attorney
 2
    EMUI L. CHOI (WVSBN 0722)
 3  Chief, Criminal Division

 4  SUSAN KNIGHT (CSBN 209013)
    Assistant United States Attorney
 5
         150 Almaden Blvd., Suite 900
 6       San Jose, California 95113
         Telephone: (408) 535-5056
 7       FAX: (408) 535-5066
         Susan.Knight@usdoj.gov
 8
    Attorneys for Plaintiff
 9
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 05-00515 RMW |
|---|---|
| Plaintiff, | ) |
| v. | ) [~~PROPOSED~~] ORDER EXCLUDING TIME FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. §§ 3161(h)(8)(A) & 3161(h)(8)(B)(iv)) |
| STEVEN ROLAND DOANE, | ) |
| Defendant. | ) |

On August 11, 2005, the parties appeared before the Court for an arraignment. After the defendant was arraigned and an initial appearance scheduled for August 22, 2005 before the Honorable Judge Whyte, Assistant United States Attorney Susan Knight requested an exclusion of time under the Speedy Trial Act from August 11, 2005 to August 22, 2005 in order for the government to provide discovery to Assistant Federal Public Defender Angela Hansen. The parties stipulated and agreed that an exclusion under Speedy Trial Act was appropriate based on the defendant's need for effective preparation of counsel.

//

[PROPOSED] ORDER TO EXCLUDE TIME
CR 05-00515 RMW

1 | SO STIPULATED.

KEVIN V. RYAN
United States Attorney

2 | DATED:_____

_____/s/_____
SUSAN KNIGHT
Assistant United States Attorney

5 | DATED:_____

_____/s/_____
ANGELA HANSEN
Assistant Federal Public Defender

Accordingly, the Court HEREBY ORDERS that the time between August 11, 2005 and August 22, 2005 is excluded under the Speedy Trial Act. The Court finds that the failure to grant the requested continuance would deny the defendant effective preparation of counsel. The Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases. The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(iv).

IT IS SO ORDERED.

Dated  8/20/05

_____
PATRICIA V. TRUMBULL
United States Magistrate Judge

[PROPOSED] ORDER TO EXCLUDE TIME
CR 05-00515 RMW                     2