BARRY J. PORTMAN
Federal Public Defender
ANGELA M. HANSEN
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant STEVEN DOANE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION          *E-FILED - 9/1/05*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 05-00515 RMW |
| Plaintiff, ) | |
| v. ) | **STIPULATION AND** |
| ) | **ORDER TO CONTINUE STATUS DATE** |
| STEVEN ROLAND DOANE, ) | |
| Defendant. ) | |

     Assistant United States Attorney Susan Knight and defendant, Steven Doane, through his counsel, Assistant Federal Public Defender Angela M. Hansen, stipulate and agree that the status date in the above-captioned matter, presently scheduled for Monday, August 22, 2005, should be continued to Monday, September 26, 2005, at 9:00 a.m.

     The parties stipulate and agree that the August 22 date should be continued because counsel was appointed to represent Mr. Doane late last week, on Thursday, August 11, 2005, and has not yet received the discovery in this case.  Government counsel has informed Mr. Doane that the discovery will be delivered to his counsel within the next few days.  Once counsel receives that discovery, she will need additional time to review it and to investigate the charges.

     The parties further stipulate and agree that under 18 U.S.C §§ 3161(h)(8)(A) and (B)(iv), the ends of justice served by the continuance requested outweigh the best interest of the defendant and public in a speedy trial because the failure to grant such a continuance would

1  unreasonably deny Mr. Doane the time necessary for effective preparation, taking into account
2  the exercise of due diligence.

3

4  Dated: August 17, 2005                    _____/s/_____
                                              ANGELA M. HANSEN
5                                             Assistant Federal Public Defender

6

7  Dated: August 17, 2005                    _____/s/_____
                                              SUSAN KNIGHT
8                                             Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 05-00515 RMW |
| Plaintiff, | ) ) | **ORDER CONTINUING STATUS DATE AND EXCLUDING TIME** |
| v. | ) ) | |
| STEVEN ROLAND DOANE, | ) ) | |
| Defendant. | ) ) | |

The parties have jointly requested to continue the status date set for August 22, 2005 to September 26, 2005 at 9:00 a.m. so that defense counsel can have additional time to review the discovery and to investigate the charges in this case.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the status date presently set for August 22, 2005 be continued to Monday, September 26, 2005, at 9:00 a.m.  Pursuant to the parties' stipulation, IT IS FURTHER ORDERED that the period of time from August 22, 2005 through and including September 26, 2005, shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C §§ 3161(h)(8)(A) and (B)(iv).

Dated: September 1, 2005

_____
RONALD M. WHYTE
United States District Judge

[APPROVED — Judge Ronald M. Whyte]

3

1  Distribute to:

2

3  Angela Hansen
   Assistant Federal Public Defender
   160 West Santa Clara Street, Suite 575
4  San Jose, CA 95113
   Counsel for Defendant

5
   Susan Knight
6  Assistant United States Attorney
   150 Almaden Blvd., Suite 900
7  San Jose, CA 95113
   Counsel for the United States

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26