BARRY J. PORTMAN
Federal Public Defender
ANGELA M. HANSEN
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant STEVEN DOANE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION           *E-FILED - 10/5/05*

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 05-00515 RMW |
| Plaintiff, | |
| v. | **STIPULATION AND** |
| | **ORDER TO CONTINUE STATUS DATE** |
| STEVEN ROLAND DOANE, | |
| Defendant. | |

Assistant United States Attorney Susan Knight and defendant, Steven Doane, through his counsel, Assistant Federal Public Defender Angela M. Hansen, stipulate and agree that the status date in the above-captioned matter, presently scheduled for Monday, September 26, 2005, should be continued to Monday, October 17, 2005, at 9:00 a.m.

The parties stipulate and agree that the September 26 date should be continued because counsel for Mr. Doane needs additional time to investigate this case and to collect treatment and other records to produce to the government in connection with plea negotiations.

The parties further stipulate and agree that under 18 U.S.C §§ 3161(h)(8)(A) and (B)(iv), the ends of justice served by the continuance requested outweigh the best interest of the defendant and public in a speedy trial because the failure to grant such a continuance would unreasonably deny Mr. Doane the time necessary for effective preparation, taking into account the exercise of due diligence.

| | | |
|---|---|---|
| 1 | Dated: September 21, 2005 | _____/s/_____ |
| 2 | | ANGELA M. HANSEN |
| | | Assistant Federal Public Defender |
| 3 | | |
| 4 | Dated: September 21, 2005 | _____/s/_____ |
| | | SUSAN KNIGHT |
| 5 | | Assistant United States Attorney |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 05-00515 RMW |
| Plaintiff, | ) ) | **ORDER CONTINUING** |
| v. | ) ) | **STATUS DATE AND EXCLUDING TIME** |
| STEVEN ROLAND DOANE, | ) ) | |
| Defendant. | ) ) | |

The parties have jointly requested to continue the status date set for September 26, 2005 to October 17, 2005 at 9:00 a.m. so that defense counsel can have additional time to investigate and to collect records for Mr. Doane's case.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the status date presently set for September 26, 2005 be continued to Monday, October 17, 2005, at 9:00 a.m.  Pursuant to the parties' stipulation, IT IS FURTHER ORDERED that the period of time from September 26, 2005 through and including October 17, 2005, shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C §§ 3161(h)(8)(A) and (B)(iv).

Dated: October 5, 2005     /s/ Ronald M. Whyte
                            RONALD M. WHYTE
                            United States District Judge

3

Distribute to:

Angela Hansen
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Counsel for Defendant

Susan Knight
Assistant United States Attorney
150 Almaden Blvd., Suite 900
San Jose, CA 95113
Counsel for the United States