BARRY J. PORTMAN
Federal Public Defender
ANGELA M. HANSEN
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant STEVEN DOANE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION          *E-FILED - 11/21/05*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 05-00515 RMW |
| Plaintiff, ) | |
| v. ) | **STIPULATION AND** |
| ) | **ORDER TO CONTINUE STATUS DATE** |
| STEVEN ROLAND DOANE, ) | |
| Defendant. ) | |

    Assistant United States Attorney Susan Knight and defendant, Steven Doane, through his counsel, Assistant Federal Public Defender Angela M. Hansen, stipulate and agree that the status date in the above-captioned matter, presently scheduled for Monday, November 7, 2005, should be continued to Monday, December 12, 2005, at 9:00 a.m.

    The parties stipulate and agree that the status date should be continued because counsel for Mr. Doane needs additional time to investigate this case and to collect treatment and other records to produce to the government in connection with ongoing plea negotiations. Additionally, the parties request that this case be continued until December 12 because Mr. Doane will be in training for work and unavailable to appear for four weeks—from November 14 through December 9, 2005.

    The parties further stipulate and agree that under 18 U.S.C §§ 3161(h)(8)(A) and (B)(iv), the ends of justice served by the continuance requested outweigh the best interest of the

1  defendant and public in a speedy trial because the failure to grant such a continuance would

2  unreasonably deny Mr. Doane the time necessary for effective preparation, taking into account

3  the exercise of due diligence.

4

5  Dated: November 2, 2005                    _____/s/_____
                                               ANGELA M. HANSEN
6                                              Assistant Federal Public Defender

7

8  Dated: November 2, 2005                    _____/s/_____
                                               SUSAN KNIGHT
9                                              Assistant United States Attorney

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 05-00515 RMW |
| Plaintiff, | ) | **ORDER CONTINUING STATUS DATE AND EXCLUDING TIME** |
| v. | ) | |
| STEVEN ROLAND DOANE, | ) | |
| Defendant. | ) | |

The parties have jointly requested to continue the status date set for November 7, 2005 to December 12, 2005 at 9:00 a.m. based on Mr. Doane's unavailability and so that defense counsel can have additional time to investigate and to collect records for Mr. Doane's case.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the status date presently set for November 7, 2005 be continued to Monday, December 12, 2005, at 9:00 a.m. Pursuant to the parties' stipulation, IT IS FURTHER ORDERED that the period of time from November 7, 2005 through and including December 12, 2005, shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C §§ 3161(h)(8)(A) and (B)(iv).

Dated: November 21, 2005

/S/ RONALD M. WHYTE
RONALD M. WHYTE
United States District Judge

3

1  Distribute to:

2

3  Angela Hansen
   Assistant Federal Public Defender
   160 West Santa Clara Street, Suite 575
4  San Jose, CA 95113
   Counsel for Defendant

5
   Susan Knight
6  Assistant United States Attorney
   150 Almaden Blvd., Suite 900
7  San Jose, CA 95113
   Counsel for the United States

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26