BARRY J. PORTMAN
Federal Public Defender
ANGELA M. HANSEN
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant STEVEN DOANE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 12/9/05*

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 05-00515 RMW |
| Plaintiff, | |
| v. | **STIPULATION AND** |
| | **ORDER TO CONTINUE STATUS DATE** |
| STEVEN ROLAND DOANE, | |
| Defendant. | |

Assistant United States Attorney Susan Knight and defendant, Steven Doane, through his counsel, Assistant Federal Public Defender Angela M. Hansen, stipulate and agree that the status date in the above-captioned matter, presently scheduled for Monday, December 12, 2005, at 9:00 a.m., should be continued to Monday, January 9, 2006, at 9:00 a.m.

The parties stipulate and agree that the status date should be continued because counsel for Mr. Doane needs additional time to investigate this case and to collect treatment and other records to produce to the government in connection with ongoing plea negotiations. Additionally, government counsel needs additional time to consider this information.

The parties further stipulate and agree that under 18 U.S.C §§ 3161(h)(8)(A) and (B)(iv), the ends of justice served by the continuance requested outweigh the best interest of the defendant and public in a speedy trial because the failure to grant such a continuance would unreasonably deny Mr. Doane the time necessary for effective preparation, taking into account

1  the exercise of due diligence.

2

3  Dated: December 7, 2005                     _____/s/_____
                                                ANGELA M. HANSEN
4                                               Assistant Federal Public Defender

5

6  Dated: December 7, 2005                     _____/s/_____
                                                SUSAN KNIGHT
7                                               Assistant United States Attorney

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> STEVEN ROLAND DOANE, ) <br> ) <br> Defendant. ) <br> _____ ) | No. CR 05-00515 RMW <br><br> **ORDER CONTINUING STATUS DATE AND EXCLUDING TIME** |

    The parties have jointly requested to continue the status date set for December 12, 2005 to January 9, 2006 at 9:00 a.m., good cause appearing, IT IS HEREBY ORDERED that the status date presently set for December 12, 2005 is continued to Monday, January 9, 2006, at 9:00 a.m. Pursuant to the parties' stipulation, IT IS FURTHER ORDERED that the period of time from December 12, 2005 through and including January 9, 2006, shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C §§ 3161(h)(8)(A) and (B)(iv).

Dated: December 9 , 2005                      /S/ RONALD M. WHYTE
                                                            RONALD M. WHYTE
                                                            United States District Judge

1  Distribute to:
2
3  Angela Hansen
   Assistant Federal Public Defender
   160 West Santa Clara Street, Suite 575
4  San Jose, CA 95113
   Counsel for Defendant
5
   Susan Knight
6  Assistant United States Attorney
   150 Almaden Blvd., Suite 900
7  San Jose, CA 95113
   Counsel for the United States
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26