1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   EUMI L. CHOI (WVSBN 0722)
3  Chief, Criminal Division

4  SUSAN KNIGHT (CSBN 209013)
   Assistant United States Attorney
5
       150 Almaden Blvd., Suite 900
6      San Jose, California 95113
       Telephone: (408) 535-5056
7      FAX: (408) 535-5066
       Susan.Knight@usdoj.gov
8
   Attorneys for Plaintiff
9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 1/25/06*

ORDER TO EXCLUDE TIME
CR 05-00515 RMW

| | | |
|---|---|---|
| 1 | UNITED STATES OF AMERICA,           ) | No. CR 05-00515 RMW |
| 2 | Plaintiff,                          ) | |
| 3 | v.                                  ) | ORDER EXCLUDING TIME FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. §§ 3161(h)(8)(A) & 3161(h)(8)(B)(iv)) |
| 4 |                                     ) | |
| 5 | STEVEN ROLAND DOANE,                ) | |
| 6 | Defendant.                          ) | |

On January 9, 2006, the undersigned parties appeared before the Court for a status hearing in the above-captioned case. Assistant United States Attorney Susan Knight explained to the Court that the parties are working on a disposition of case and that the defendant agreed to provide the government with additional documentation regarding his treatment. Therefore, the parties stipulated and agreed that an exclusion of time under the Speedy Trial Act from January 9, 2006 to February 13, 2006 was appropriate in order for Assistant Federal Public Defender Angela Hansen to provide additional treatment records to the government in order to facilitate plea negotiations. The parties also stipulated and agreed that an exclusion under Speedy Trial Act was appropriate based on the defendant's need for effective preparation of counsel.

SO STIPULATED.                          KEVIN V. RYAN
                                        United States Attorney

DATED:_____                    _____/s/_____
                                        SUSAN KNIGHT
                                        Assistant United States Attorney


DATED:_____                    _____/s/_____
                                        ANGELA HANSEN
                                        Assistant Federal Public Defender


Accordingly, the Court HEREBY ORDERS that the time between January 9, 2006 and February 13, 2006 is excluded under the Speedy Trial Act. The Court finds that the failure to grant the requested continuance would deny the defendant effective preparation of counsel. The Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of

1  criminal cases. The Court therefore concludes that this exclusion of time should be made under
2  18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(iv).
3  IT IS SO ORDERED.

5  _1/25/06_____           __/S/ RONALD M. WHYTE_____
   Dated                          RONALD M. WHYTE
6                                 United States District Judge