1  BARRY J. PORTMAN
   Federal Public Defender
2  ANGELA M. HANSEN
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant STEVEN DOANE

6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
                    SAN JOSE DIVISION        *E-FILED - 2/13/06*
10
   UNITED STATES OF AMERICA,          )    No. CR 05-00515 RMW
11                                     )
              Plaintiff,               )
12                                     )
   v.                                  )    **STIPULATION AND**
13                                     )    **ORDER TO CONTINUE STATUS DATE**
   STEVEN ROLAND DOANE,                )
14                                     )
              Defendant.               )
15  _____ )

16

17        Assistant United States Attorney Susan Knight and defendant, Steven Doane, through his

18  counsel, Assistant Federal Public Defender Angela M. Hansen, stipulate and agree that the status

19  date in the above-captioned matter, presently scheduled for Monday, February 13, 2006, at 9:00

20  a.m., should be continued to Monday, March 6, 2006, at 9:00 a.m. for a change of plea hearing.

21        The parties have reached a tentative agreement in this case.  The parties stipulate and

22  agree that the status date should be continued so that government counsel can have additional

23  time to have this tentative agreement approved by supervisors in the United States Attorney's

24  Office.  Additionally, once the agreement is finalized by the United States Attorney's Office,

25  counsel for Mr. Doane needs additional time review all of the terms of the agreement with her

26  client before the plea can be entered.  The parties thus jointly request that this case be reset to the

    Court's March 6, 2006 calendar for a change of plea hearing.

          The parties further stipulate and agree that under 18 U.S.C §§ 3161(h)(8)(A) and (B)(iv),

1  the ends of justice served by the continuance requested outweigh the best interest of the

2  defendant and public in a speedy trial because the failure to grant such a continuance would

3  unreasonably deny Mr. Doane the time necessary for effective preparation, taking into account

4  the exercise of due diligence.

5

6  Dated: February 8, 2006                    _____/s/_____

7                                             ANGELA M. HANSEN
                                             Assistant Federal Public Defender

8

9  Dated: February 8, 2006                    _____/s/_____

10                                            SUSAN KNIGHT
                                             Assistant United States Attorney

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

8

FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

SAN JOSE DIVISION

10

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 05-00515 RMW |
| | ) | |
| Plaintiff, | ) | **ORDER CONTINUING** |
| | ) | **STATUS DATE AND EXCLUDING** |
| v. | ) | **TIME** |
| | ) | |
| STEVEN ROLAND DOANE, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

11
12
13
14
15
16
17

　　　　The parties have jointly requested to continue the status date set for February 13, 2006 to

March 6, 2006 at 9:00 a.m., good cause appearing, IT IS HEREBY ORDERED that the status

18

date is continued to Monday, March 6, 2006, at 9:00 a.m.  Pursuant to the parties' stipulation, IT

19

IS FURTHER ORDERED that the period of time from February 13, 2006 through and including

20

March 6, 2006, shall be excluded from the period of time within which trial must commence

21

under the Speedy Trial Act, 18 U.S.C §§ 3161(h)(8)(A) and (B)(iv).

22
23

Dated: February 13, 2006　　　　　　　　　　/S/ RONALD M. WHYTE

24

　　　　　　　　　　　　　　　　　　　RONALD M. WHYTE
　　　　　　　　　　　　　　　　　　　United States District Judge

25
26

3

1  Distribute to:

2

3  Angela Hansen
   Assistant Federal Public Defender
   160 West Santa Clara Street, Suite 575
4  San Jose, CA 95113
   Counsel for Defendant

5

6  Susan Knight
   Assistant United States Attorney
   150 Almaden Blvd., Suite 900
7  San Jose, CA 95113
   Counsel for the United States

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26